RICHARD WARE LEVITT·
rlevitt@landklaw.com

NICHOLAS G. KAIZER·
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

EMILY GOLUB
 OF COUNSEL

· ADMITTED IN N.Y., FLA., AND D.C.

# LEVITT & KAIZER
### ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/22/2021_____
```

January 22, 2021

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

## **MEMO ENDORSED**

Re:  *United States v. Abreu Gil et al.*
     <u>Docket No.: 20-CR-199 (KMW)</u>

Dear Judge Wood:

    I am counsel to Defendant Jose Jimenez-Hidalgo. <u>I write to request that the Court modify Mr. Jimenez-Hidalgo's conditions of release to permit him to travel to the Southern District of Florida from January 25 to January 29, 2021</u>. Mr. Jimenez-Hidalgo wishes to visit a close family friend, Hilda Jimenez. If permitted to travel, Mr. Jimenez-Hidalgo would stay at her residence, located at 1421 Princeton Lane, Boynton Beach, Florida, 33426.

**Granted -KMW**

    On February 14, 2020, Mr. Jimenez-Hidalgo was released on a $50,000 personal recognizance bond secured by the signatures of two financially responsible persons. His travel has been limited to the Southern and Eastern Districts of New York. Since his release 11 months ago, Mr. Jimenez-Hidalgo has remained fully compliant with all of the terms of his release.

    I have spoken with Pretrial and the government, and they do not object to this request. We therefore request that the within motion to travel be granted.

Respectfully submitted,

*[signature]*

Nicholas Kaizer

cc:  AUSA Kedar Batia

**SO ORDERED.**
**Dated:  January 22, 2021**
**New York, NY**

    */s/ Kimba M. Wood*
**The Honorable Kimba M. Wood**
**United States District Judge**