LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
17TH FLOOR
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT·
rlevitt@landklaw.com

NICHOLAS G. KAIZER·
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

EMILY GOLUB
OF COUNSEL

· ADMITTED IN N.Y., FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/21

December 13, 2021

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  United States v. Abreu Gil et al.
     Docket No.: 20-CR-199 (KMW)

Dear Judge Wood:

I am counsel to Defendant Jose Jimenez-Hidalgo. I write to request that the Court modify Mr. Jimenez-Hidalgo's conditions of release to permit him to travel to the Southern District of Florida from December 15 to December 20, 2021. Mr. Jimenez-Hidalgo wishes to visit a close family friend and attend to property he owns there. I have spoken with Pretrial and the government and they do not object to this request.

*Granted. KMW*

On February 14, 2020, Mr. Jimenez-Hidalgo was released on a $50,000 personal recognizance bond secured by the signatures of two financially responsible persons. His travel has been limited to the Southern and Eastern Districts of New York. Since his release Mr. Jimenez-Hidalgo has remained fully compliant with all of the terms of his release. He is awaiting sentencing. In January 2021, your Honor granted a similar travel request, which was completed uneventfully.

We therefore request that the within motion to travel be granted. If permission is granted, we will provide his itinerary to Pretrial and the government.

Respectfully submitted,

Nicholas Kaizer

cc:  AUSA Kedar Batia

SO ORDERED: N.Y., N.Y.
12-14-21

_Kimba M. Wood_
KIMBA M. WOOD
U.S.D.J.