UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/22
```

    -against

**ORDER**
20 CR 199 (KMW)

JOSE JIMINEZ HIDALGO,

                     Defendant.
-------------------------------------------------------------------x
KIMBA M. WOOD, District Judge:

    Sentencing for the above-captioned defendant is scheduled for May 12, 2022, at 11:00 a.m.

    The presentence interview must occur by January 31, 2022. First disclosure of the Presentence Report is due by February 28, 2022. Second disclosure of the Presentence Report is due by March 31, 2022.

    Defendant's sentencing submission is due by April 14, 2022. Government submission is due by April 21, 2022.

    SO ORDERED.

Dated: New York, New York
       January 4, 2022

                                                        KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE