UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

JOSE JIMINEZ HIDALGO,

                 Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing currently scheduled for June 7, 2023, is adjourned to June 14, 2023, at 2:00 p.m.

    SO ORDERED.

Dated: New York, New York
         June 5, 2023

                                      KIMBA M. WOOD
                             UNITED STATES DISTRICT JUDGE